NUMBER 13-00-209-CR 



COURT OF APPEALS 



THIRTEENTH DISTRICT OF TEXAS 



CORPUS CHRISTI 

__________________________________________________________________ 



JUAN TORRES, JR., Appellant, 



v. 



THE STATE OF TEXAS, Appellee. 

__________________________________________________________________ 



On appeal from the 357th District Court 

of Cameron County, Texas. 

___________________________________________________________________ 



O P I N I O N 



Before Justices Hinojosa, Yañez, and Chavez 

Opinion Per Curiam 



Appellant, JUAN TORRES, JR. , attempted to perfect an appeal from a
judgment entered by the 357th District Court of Cameron
County, Texas. Sentence in this cause was imposed on May 18, 1999. No
timely motion for new trial was filed. The notice of appeal was due to be
filed on June 17, 1999, but was not filed until March 21,
2000. Said notice of appeal is untimely filed. 

Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension of time
for filing notice of appeal if such notice is filed within fifteen days of the last day
allowed and within the same period a motion is filed in the court of appeals reasonably
explaining the need for such extension. Appellant failed to file his notice of appeal
within such period. 

The Court, having considered the documents on file and appellant's failure to timely
perfect his appeal, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 20th day of April, 2000.